JS-6

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

TRYNUN PATTERSON,
Petitioner,
v.
EDWARD J. SILVA,
Respondent.

Case No. 2:25-cv-09562-JWH-DSR

**JUDGMENT**

Pursuant to the "Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge" entered substantially contemporaneously herewith, and in accordance with Rule 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that this action is **DISMISSED with prejudice**.

**IT IS SO ORDERED.**

Dated: September 4, 2026

John W. Holcomb
UNITED STATES DISTRICT JUDGE